UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                            ORDER
      v.                                                     07-CR-103

THOMAS POWERS,

                Defendant.

---

      The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(A).  On May 12, 2008, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant's motion for suppression of physical evidence and statements be denied.

      The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties.  No objections having been timely filed, it is hereby

      ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant's motion for suppression of physical evidence and statements is denied.

      The parties shall appear for a meeting to set a trial date on June 3, 2008 at 9:00 a.m.

SO ORDERED.

                                                  s/ *Richard J. Arcara*
                                                  HONORABLE RICHARD J. ARCARA
                                                  CHIEF JUDGE
                                                  UNITED STATES DISTRICT COURT

DATED:  May  30   , 2008